UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH FOUNDATION, a Washington nonprofit corporation doing business as PROVIDENCE, and DOES 1-20,<br><br>Defendants. | No. 2:23-cv-1723<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Providence St. Joseph Health Foundation ("Defendant"), hereby states that its sole corporate member is Providence St. Joseph Health, a Washington Non-Profit corporation. No publicly held corporation owns 10% or more of the stock of Providence St. Joseph Health Foundation.

DATED November 10, 2023

RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

K&L GATES LLP

By: *s/ Todd L. Nunn*
By: *s/ Patrick M. Madden*
Todd L. Nunn, WSBA # 320687
Patrick M. Madden, WSBA # 21356
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: todd.nunn@klgates.com
         patrick.madden@klgates.com

*Attorneys for Defendant*

RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 2

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

### CERTIFICATE OF SERVICE

I certify that on November 10, 2023, I caused the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>Emery Reddy PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: 206-442-9106<br>Email: emeryt@emeryreddy.com<br>         reddyp@emeryreddy.com<br>         paul@emeryreddy.com | ☒ Via U.S. 1st Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☒ Via Email<br>☒   E-Service |

DATED November 10, 2023, at Seattle, Washington.

By:  *s/ Abigail D. Belscher*
Abigail D. Belscher, Practice Assistant
Abigail.Belscher@klgates.com

RULE 7.1 CORPORATE DISCLOSURE STATEMENT  - 3

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**