HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH FOUNDATION, a Washington nonprofit corporation doing business as PROVIDENCE; and DOES 1-20,<br><br>Defendants. | No. 2:23-CV-01723-BJR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER** |

**STIPULATION**

Plaintiff, Shannon Spencer ("Plaintiff"), and Defendant, Providence St. Joseph Health Foundation ("Defendant") (collectively, the "Parties"), by and through their respective undersigned attorneys, respectfully submit this Stipulated Motion for Extension of Time of the following deadlines.

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties jointly request as follows:

1. For Plaintiff's deadline to bring a Motion to Remand:

   a. To extend the deadline for filing a Motion to Remand to January 19, 2024.

2. For the FRCP 26(f) conference and initial disclosures:

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER - 1

317221329.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

a. To set the FRCP 26(f) conference deadline to February 2, 2024; and

b. To set the initial disclosure deadline to February 8, 2024.

The Parties respectfully request this extension to provide them with the requisite time to gather information and engage in meaningful discussions as to whether this matter may be resolved.

DATED December 7, 2023

K&L GATES LLP

By:   *s/ Todd L. Nunn*
Todd L. Nunn, WSBA # 23267
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: todd.nunn@klgates.com
*Attorney for Defendant*


EMERY REDDY PLLC

By:   *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 206-442-9106
Email: emeryt@emeryreddy.com
          reddyp@emeryreddy.com
          paul@emeryreddy.com

*Attorneys for Plaintiff*

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER  - 2

317221329.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# CERTIFICATE OF SERVICE

I certify that on December 7, 2023, I caused the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>Emery Reddy PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: 206-442-9106<br>Email: emeryt@emeryreddy.com<br>　　　　reddyp@emeryreddy.com<br>　　　　paul@emeryreddy.com | ☒ Via U.S. 1st Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☒ Via Email<br>☒　E-Service |

DATED December 7, 2023, at Seattle, Washington.

By: *s/ Abigail D. Belscher*
　　　Abigail D. Belscher, Practice Assistant
　　　Abigail.Belscher@klgates.com

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER  - 3

317221329.1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

# ORDER

Upon consideration of the Parties' Stipulated Motion for Extension, the Court finds that good cause exists to extend certain deadlines, and it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that filing deadlines will be modified as follows.

| Event | Current Date | New Date |
| --- | --- | --- |
| Motion to Remand | December 10, 2023 | January 19, 2024 |
| FRCP 26(f) Conference | December 15, 2023 | February 2, 2024 |
| Initial Disclosure Deadline | December 22, 2023 | February 8, 2024 |
| Joint Status Report | December 29, 2023 | February 15, 2024 |

DATED this 7th day of December, 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER - 4

317221329.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022