The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH FOUNDATION, a Washington nonprofit corporation doing business as PROVIDENCE; and DOES 1-20,<br><br>Defendant. | No. 2:23-cv-01723-BJR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER** |

## **STIPULATION**

Plaintiff, Shannon Spencer ("Plaintiff"), and Defendant, Providence St. Joseph Health Foundation ("Defendant") (collectively, the "Parties"), by and through their respective undersigned attorneys, respectfully submit this Stipulated Motion for Extension of Time of the following deadlines.

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties jointly request as follows:

1. For Plaintiff's deadline to bring a Motion to Remand:

   a. To extend the deadline for filing a Motion to Remand to May 1, 2024.

2. For the FRCP 26(f) conference and initial disclosures:

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER - 1

Case No. 2:23-cv-01723-BJR

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

        a. To set the FRCP 26(f) conference deadline to May 15, 2024; and

        b. To set the initial disclosure deadline to May 22, 2024.

The Parties are discussing alternative resolution and have scheduled a mediation for April 17, 2024 to assist in facilitating a potential settlement. Parties respectfully request this extension to provide them with the requisite time to prepare to meet the deadlines if this matter is not resolved during mediation.

DATED: January 19, 2024        EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
*Attorneys for Plaintiff*

K&L GATES LLP

By: */s/ Todd L. Nunn*
Todd L. Nunn, WSBA No. 23267
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: todd.nunn@klgates.com
*Attorney for Defendant*

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER - 2

Case No. 2:23-cv-01723-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Todd L. Nunn, WSBA No. 23267
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Email: todd.nunn@klgates.com

*Attorney for Defendant*

    *s/ Jennifer Chong*
Jennifer Chong, Legal Assistant

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER - 3

Case No. 2:23-cv-01723-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# ORDER

Upon consideration of the Parties' Stipulated Motion for Extension, the Court finds that good cause exists to extend certain deadlines, and it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that filing deadlines will be modified as follows.

| Event | Current Date | New Date |
| --- | --- | --- |
| Motion to Remand | January 19, 2024 | May 1, 2024 |
| FRCP 26(f) Conference | February 2, 2024 | May 15, 2024 |
| Initial Disclosure Deadline | February 8, 2024 | May 22, 2024 |
| Joint Status Report | February 15, 2024 | May 29, 2024 |

DATED this 22nd day of January, 2024.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER - 4

Case No. 2:23-cv-01723-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711