HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH FOUNDATION, a Washington nonprofit corporation doing business as PROVIDENCE; and DOES 1-20,<br><br>Defendants. | No. 2:23-CV-01723-BJR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER** |

## STIPULATION

Plaintiff, Shannon Spencer ("Plaintiff"), and Defendant, Providence St. Joseph Health Foundation ("Defendant") (collectively, the "Parties"), by and through their respective undersigned attorneys, respectfully submit this Stipulated Motion for Extension of Time of the following deadlines.

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties jointly request as follows:

1. For Plaintiff's deadline to bring a Motion to Remand:
    a. To extend the deadline for filing a Motion to Remand to July 3, 2024.
2. For the FRCP 26(f) conference and initial disclosures:
    a. To set the FRCP 26(f) conference deadline to July 17, 2024; and

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

b. To set the initial disclosure deadline to July 31, 2024.

To accommodate Defendant's counsel having an unexpected family medical emergency and to provide the Parties with the time needed to prepare for mediation, the Parties have rescheduled their April 17, 2024, mediation to June 19, 2024. This request is made to assist the Parties in facilitating a potential settlement and to provide them with the requisite time to prepare to meet the deadlines if this matter is not resolved during mediation.

DATED May 16, 2024

K&L GATES LLP

By: */s/ Todd L. Nunn*
Todd L. Nunn, WSBA # 23267
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: todd.nunn@klgates.com

*Attorney for Defendant*

EMERY REDDY PLLC

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 206-442-9106
Email: emeryt@emeryreddy.com
          reddyp@emeryreddy.com
          paul@emeryreddy.com

*Attorneys for Plaintiff*

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER  - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE:  +1 206 623 7580
FACSIMILE: +1 206 623 7022

# ORDER

Upon consideration of the Parties' Stipulated Motion for Extension, the Court finds that good cause exists to extend certain deadlines, and it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that filing deadlines will be modified as follows.

| Event | Current Date | New Date |
| --- | --- | --- |
| Motion to Remand | May 1, 2024 | July 3, 2024 |
| FRCP 26(f) Conference | May 15, 2024 | July 17, 2024 |
| Initial Disclosure Deadline | May 22, 2024 | July 31, 2024 |
| Joint Status Report | May 29, 2024 | August 7, 2024 |

DATED this 16th day of May 2023.

*Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER - 3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022