HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH FOUNDATION, a Washington nonprofit corporation doing business as PROVIDENCE; and DOES 1-20,<br><br>    Defendants. | No. 2:23-CV-01723-BJR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER** |

### **STIPULATION**

Plaintiff, Shannon Spencer ("Plaintiff"), and Defendant, Providence St. Joseph Health Foundation ("Defendant") (collectively, the "Parties"), by and through their respective undersigned attorneys, respectfully submit this Stipulated Motion for Extension of Time of the following deadlines.

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties jointly request as follows:

1. For Plaintiff's deadline to bring a Motion to Remand:

    a. To extend the deadline for filing a Motion to Remand to August 2, 2024.

2. For the FRCP 26(f) conference and initial disclosures:

    a. To set the FRCP 26(f) conference deadline to August 16, 2024; and

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER - 1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

b. To set the initial disclosure deadline to August 30, 2024.

The Parties privately mediated the matter on June 19, 2024. While the matter was not resolved at mediation, mediation efforts are ongoing. To accommodate ongoing mediation efforts, the Parties respectfully request this 30-day extension of time. This request is made to assist the Parties in facilitating a potential settlement and to provide them with the requisite time to prepare to meet the deadlines if this matter is not resolved following the conclusion of their ongoing mediation efforts.

DATED July 3, 2024

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER  - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | |
|---|---|
| 1 | |
| 2 | EMERY REDDY PLLC |
| 3 | By:/s/*Timothy W. Emery* |
| 4 | Timothy W. Emery, WSBA #34078 |
|   | Patrick B. Reddy, WSBA #34092 |
| 5 | Paul Cipriani, WSBA #59991 |
|   | 600 Stewart Street, Suite 1100 |
| 6 | Seattle, WA 98101 |
|   | Phone: 206-442-9106 |
| 7 | Email: emeryt@emeryreddy.com |
|   |        reddyp@emeryreddy.com |
| 8 |        paul@emeryreddy.com |
|   | *Attorneys for Plaintiff* |

K&L GATES LLP

By: /s/*Todd L. Nunn*
Todd L. Nunn, WSBA # 23267
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: todd.nunn@klgates.com
*Attorney for Defendant*

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER  - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE:  +1 206 623 7580
FACSIMILE: +1 206 623 7022

## ORDER

Upon consideration of the Parties' Stipulated Motion for Extension, the Court finds that good cause exists to extend certain deadlines, and it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that filing deadlines will be modified as follows.

| Event | Current Date | New Date |
| --- | --- | --- |
| Motion to Remand | July 3, 2024 | August 2, 2024 |
| FRCP 26(f) Conference | July 17, 2024 | August 16, 2024 |
| Initial Disclosure Deadline | July 31, 2024 | August 30, 2024 |
| Joint Status Report | August 7, 2024 | September 6, 2024 |

DATED this 3rd day of July 2024.

Barbara J. Rothstein
United States District Judge

STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER - 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022