HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH FOUNDATION, a Washington nonprofit corporation doing business as PROVIDENCE; and DOES 1-20,<br><br>Defendants. | No. 2:23-CV-01723-BJR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER** |

**STIPULATION**

Plaintiff, Shannon Spencer ("Plaintiff"), and Defendant, Providence St. Joseph Health Foundation ("Defendant") (collectively, the "Parties"), by and through their respective undersigned attorneys, respectfully submit this Stipulated Motion for Extension of Time of the following deadlines.

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties jointly request as follows:

1. For Plaintiff's Motion to Remand, filed on July 25, 2024 (Dkt. No. 19):

   a. To extend the deadline for Defendant to file its Opposition to Plaintiff's Motion to Remand to September 18, 2024.

   b. To extend the deadline for Plaintiff to file its Reply to Defendant's

STIPULATED MOTION FOR
EXTENSION OF TIME AND ORDER - 1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

Opposition to Plaintiff's Motion to Remand to September 25, 2024.

2. For the FRCP 26(f) conference and initial disclosures:

    a. To set the FRCP 26(f) conference deadline to October 16, 2024; and

    b. To set the initial disclosure deadline to October 30, 2024.

The Parties privately mediated the matter on June 19, 2024, and recently arrived at a settlement in principle. The Parties respectfully request this extension of time to formalize the terms of their settlement agreement. This request is made to assist the Parties in facilitating a potential settlement and to provide them with the requisite time to prepare to meet the deadlines if this matter is not resolved.

DATED August 9, 2024

STIPULATED MOTION FOR
EXTENSION OF TIME AND ORDER  - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

EMERY REDDY PLLC

By: /s/ Paul Cipriani
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 206-442-9106
Email: emeryt@emeryreddy.com
       reddyp@emeryreddy.com
       paul@emeryreddy.com

*Attorneys for Plaintiff*

K&L GATES LLP

By: /s/ Todd L. Nunn
Todd L. Nunn, WSBA # 23267
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: todd.nunn@klgates.com

*Attorney for Defendant*

STIPULATED MOTION FOR
EXTENSION OF TIME AND ORDER  - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# CERTIFICATE OF SERVICE

I, Abigail D. Belscher, under penalty of perjury of the laws of the State of Washington, certify and declare that I caused a true and correct copy of the foregoing document to be served on the following parties on **August 9, 2024** as indicated below:

| | |
|---|---|
| Patrick M. Madden<br>Todd Nunn<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 370-5812<br><br>Email: Patrick.madden@klgates.com<br>Email: Stephanie.pickett@klgates.com<br>Email: Abigail.belscher@klgates.com<br><br>*Attorneys for USNR, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] By Electronic CM/ECF<br>[ ] By Overnight Express Mail – Fed Ex<br>[ ] By Facsimile<br>[ ] By Email |

Dated this 9th day of August, 2024 at Seattle, Washington.

/s/ *Abigail D. Belscher*
Abigail D. Belscher, Sr. Practice Assistant

STIPULATED MOTION FOR
EXTENSION OF TIME AND ORDER - 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# ORDER

Upon consideration of the Parties' Stipulated Motion for Extension, the Court finds that good cause exists to extend certain deadlines, and it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that filing deadlines will be modified as follows.

| Event | Current Date | New Date |
| --- | --- | --- |
| Deadline for Defendant to Oppose Plaintiff's Motion to Remand | August 15, 2024 | September 18, 2024 |
| Deadline for Plaintiff to Reply to Defendant's Opposition to Plaintiff's Motion to Remand | August 22, 2024 | September 25, 2024 |
| FRCP 26(f) Conference | August 16, 2024 | October 16, 2024 |
| Initial Disclosure Deadline | August 30, 2024 | October 30, 2024 |

The Joint Status Report is due November 6, 2024.

DATED this 12th day of August, 2024.

HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION FOR
EXTENSION OF TIME AND ORDER - 5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022