HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH FOUNDATION, a Washington nonprofit corporation doing business as PROVIDENCE; and DOES 1-20,<br><br>Defendants. | No. 2:23-CV-01723-BJR<br><br>**STIPULATED MOTION TO REMAND TO STATE COURT AND ORDER** |

Plaintiff Shannon Spencer and Defendant Providence St. Joseph Health Foundation, by and through their undersigned counsel, respectfully request that this action be remanded to King County Superior Court for completion of a class-wide settlement. The parties have agreed to remand as a settlement term, and remand will effectuate swift resolution of the matter.

Dated this 20th day of November, 2024.

EMERY REDDY, PLLC

By: */s/ Patrick B. Reddy*
By: */s/ Timonthy W. Emery*
By: */s/ Paul Cipriani*

K&L GATES LLP.

By: */s/Todd L. Nunn*
Todd L. Nunn, WSBA # 23267
K&L Gates LLP

STIPULATED MOTION TO
REMAND TO STATE COURT           PAGE 1 OF 3
No. 2:23-cv-01723-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Patrick B. Reddy, WSBA #34092
Timothy W. Emery, WSBA #34078
Paul Cipriani, WSBA #59991
EMERY REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: reddyp@emeryreddy.com
Email: emeryt@emeryreddy.com
Email: paul@emeryreddy.com
*Attorneys for Plaintiff*

925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Email: todd.nunn@klgates.com
*Attorney for Defendant*

STIPULATED MOTION TO
REMAND TO STATE COURT
No. 2:23-cv-01723-BJR

PAGE 2 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## ORDER

This matter came regularly before the Court on the parties' stipulated motion to remand to state court. The parties agreed to remand as a term of settlement, and this stipulation and motion will effectuate swift resolution of the matter.

Having considered the stipulation and motion herein, and being fully advised on the matter, the Court hereby GRANTS the stipulated motion to remand to state court.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED this 21st day of November 2024

*/s/ Barbara J. Rothstein*

Honorable Barbara J. Rothstein

STIPULATED MOTION TO
REMAND TO STATE COURT
No. 2:23-cv-01723-BJR

PAGE 3 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711